ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR -9 AM 9:29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CHRISTOPHER HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 314-026 |
| ) | |
| WILLIAM DANFORTH, Warden, ) | |
| Telfair State Prison, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, **DISMISSES** this civil action, and **CLOSES** this civil action.

SO ORDERED this 9th day of March, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE